AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

DEREK NOFTSGER

Defendant

)
) Case: 1:24-mj-00251
) Assigned to: Judge Faruqui, Zia M.
) Assign Date: 8/14/2024
) Description: COMPLAINT W/ ARREST WARRANT
)
)

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DEREK NOFTSGER,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

DEREK NOFTSGER
18 U.S.C. § 231(a)(3)- Civil Disorder,
18 U.S.C. § 111(a)(1) and (b)- Assaulting, Resisting, or Impeding, Certain Officers Using a Dangerous Weapon,
18 U.S.C. § 1752(a)(1)-Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(F)-Act of Physical Violence in the Capitol Grounds or Buildings.

Date: 08/14/2024

Zia M. Faruqui
Digitally signed by Zia M. Faruqui
Date: 2024.08.14 17:21:17 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 08/14/2024, and the person was arrested on *(date)* 08/15/2024
at *(city and state)* Snohomish, WA.

Date: 08/15/2024

*Arresting officer's signature*

Joseph DeWan, Special Agent
*Printed name and title*