UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 24-mj-00251 |
| ) | |
| DEREK NOFTSGER ) | |
| ) | |
| Defendant ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Derek Noftsger


Dated: August 21, 2024         Respectfully Submitted,

                                      /s/ William L. Shipley
                                      William L. Shipley, Jr., Esq.
                                      PO BOX 745
                                      Kailua, Hawaii 96734
                                      Tel: (808) 228-1341
                                      Email: 808Shipleylaw@gmail.com

                                      *Attorney for Defendant*